IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

RECEIVED
2014 MAY -1 P 2: 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JESSIE D. SHUFORD<br><br>Plaintiff,<br><br>vs.<br><br>HSBC USA, INC.; PORTFOLIO<br>RECOVERY ASSOCIATES, LLC,<br><br>Defendants. | Case No. 2:14-CV-322-MHT-TFM |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

## JURY TRIAL DEMANDED

1. Plaintiff, Jessie D. Shuford, asserts this action against Defendants, HSBC USA, Inc. and Portfolio Recovery Associates, LLC, pursuant to the Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227 *et seq.* At various times, and on numerous instances within approximately one year preceding the filing of this complaint, Defendants sent or orchestrated the making of unsolicited calls to Plaintiff's cellular telephone, in violation of the TCPA, thereby invading Plaintiff's privacy.

## PARTIES

2. Plaintiff, Jessie D. Shuford ("Plaintiff"), is an adult resident citizen of Montgomery County, Alabama.

3. Defendant, HSBC USA, Inc. ("HSBC"), is a Delaware corporation that regularly conducts business in this judicial district in Montgomery County, Alabama. Its principal office is located at 452 Fifth Avenue, Tower 7, New York, New York, 10018, and its registered agent for service of process is the Prentice-Hall Corporation System,

1

Inc., located at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808. HSBC is liable for its own wrongdoing as alleged herein, as well as the actions, inactions and/or wrongdoing of Defendant, Portfolio Recovery Associates, LLC, based on the doctrines of vicarious liability, respondeat superior, agency, authority, ratification and other doctrines.

4. Defendant, Portfolio Recovery Associates, LLC ("PRA"), is a Delaware corporation that regularly conducts business in this judicial district in Montgomery County, Alabama. Its principal office is located at 140 Corporate Blvd., Suite 100, Norfolk, Virginia, 23502, and its registered agent for service of process is CSC Lawyers Incorporating Service, Inc., 150 S. Perry Street, Montgomery, Alabama, 36104.

5. Defendants HSBC and PRA are collectively referred to as "Defendants".

## JURISDICTION AND VENUE

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331 because this action arises under a federal statute. 47 U.S.C. § 227 *et seq.*; Mims v. Arrow Fin. Servs., LLC, 132 S. Ct. 740 (2012).

7. Venue is proper in this judicial district because Defendants do substantial business in and have substantial contacts with this judicial district, as set out *infra*. Further, a substantial part of the events or omissions giving rise to Plaintiff's claims in this action occurred in this judicial district.

8. This Court has personal jurisdiction over the Defendants because Defendants transact and/or regularly do business in this judicial district and in Montgomery County, Alabama. Defendants regularly engage in interstate commerce, reaching into the State of Alabama using the mail and telephone in businesses that engage in banking services and debt collection practices. Defendants regularly provide banking

...

services and attempt to collect consumer debts in this judicial district using their telephonic capabilities and the mail.

## FACTUAL ALLEGATIONS

9. This action stems from the telephonic debt collection efforts of Defendants over the last year. For approximately one year preceding the filing of this Complaint, Defendants made over fifty (50) calls to Plaintiff's cellular telephone number, XXX-XXX-1535 (the "1535 number"), in an effort to collect on an alleged HSBC credit card debt.

10. Defendant PRA is a debt collector.

11. Defendant HSBC is a bank that offers consumer credit cards.

12. Defendant PRA collects or attempts to collect debts on HSBC's behalf and/or as its agent.

13. In or around 2008 or 2009, Plaintiff opened a credit card with HSBC.

14. Beginning in or around the early part of 2013, Defendants began calling Plaintiff's cellular telephone ending in "1535" in an attempt to collect on what they claimed to be an outstanding credit card debt associated with Plaintiff's HSBC credit card.

15. Defendants have called the Plaintiff's 1535 number approximately 50 times over the past year. The calls continue to the present day.

16. Defendants made the aforementioned calls to Plaintiff's cellular telephone via an "automatic telephone dialing system" ("ATDS") as defined by 47 U.S.C. § 227(a)(1) using "an artificial or prerecorded voice" as prohibited by 47 U.S.C. § 227(b)(1)(A).

3

17. Defendants' ATDS has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

18. Defendants' ATDS utilized a computer generated voice and prompt system that would automatically generate voice commands when Plaintiff answered Defendants' debt collection calls.

19. Upon answering Defendants' calls, Plaintiff would hear several seconds of "dead air" as Defendants' dialer system connected the call to its agent.

20. The 1535 number Defendants called was assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls pursuant to 47 U.S.C. § 227(b)(1)(A)(iii). Plaintiff is the registered subscriber with exclusive dominion and control of the 1535 number.

21. These telephone calls were not made for emergency purposes. 47 U.S.C. § 227(b)(1)(A).

22. Plaintiff did not provide Defendants express consent to make the calls to his cellular telephone. 47 U.S.C. § 227(b)(1)(A).

23. Even if Defendants assert that Plaintiff provided prior express consent to be called, Plaintiff orally revoked any previous consent to receive calls made with an auto-dialer and/or to receive pre-recorded messages on his cellular telephone.

24. Plaintiff maintains that in spite of his numerous requests that Defendants cease calling him, Defendants persisted in calling approximately 50 times during the relevant time frame in an effort to collect the alleged credit card debt.

25. By making these calls described above, Defendants and/or their agents negligently and/or willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A)(iii).

## CAUSES OF ACTION

### COUNT 1
### VIOLATION OF THE TCPA

26. Plaintiff adopts, re-alleges and incorporates each and every allegation set forth above as though fully set forth herein.

27. Based upon the conduct alleged above, Defendants and/or their agent(s) violated 47 U.S.C. § 227(b)(1)(A)(iii) of the TCPA. Plaintiff is, therefore, entitled to seek recovery against Defendants pursuant to 47 U.S.C. § 227(b)(3).

### COUNT 2
### WILLFUL AND KNOWING VIOLATION OF THE TCPA

28. Plaintiff adopts, re-alleges and incorporates each and every allegation set forth above as though fully set forth herein; and to the extent this cause of action contradicts any other cause of action pleaded herein, it is pleaded in the alternative.

29. Based upon the conduct alleged above, Defendants and/or their agent(s) willfully and knowingly violated 47 U.S.C. § 227(b)(1)(A)(iii) of the TCPA. Plaintiff is, therefore, entitled to seek recovery against Defendants pursuant to 47 U.S.C. § 227(b)(3).

### COUNT 3
### VICARIOUS LIABILITY OF HSBC
### BASED ON PRA'S VIOLATION OF THE TCPA

30. Plaintiff adopts, re-alleges and incorporates each and every allegation set forth above as though fully set forth herein; and to the extent this cause of action contradicts any other cause of action pleaded herein, it is pleaded in the alternative.

31. Defendant HSBC is vicariously liable for Defendant PRA's TCPA violations, as HSBC is the principal of PRA, and PRA made the unlawful calls that

formed the basis of this action while acting as an agent for and on behalf of HSBC and in the line and scope of its employment, control and agency with HSBC.

32. PRA had actual, apparent and/or implied authority from HSBC to engage in telephone debt collection practices by making unlawful phone calls to the Plaintiff's 1535 number, in violation of the TCPA as alleged, *supra*.

33. HSBC instructed PRA to collect on Plaintiff's alleged credit card debt. In order to assist PRA collect the alleged debt, HSBC gave PRA access to information about the Plaintiff that normally would be in the exclusive control of HSBC.

34. HSBC approved the means by which PRA conducted its debt collection efforts with respect to the Plaintiff, including its repeated use of telephone debt collection methods, which are in violation of the TCPA.

35. HSBC had the right to control the manner and means by which PRA conducted its debt collection efforts, which are in violation of the TCPA.

36. Pursuant to 47 U.S.C. § 227(b)(3) and/or 47 U.S.C. § 227(c)(5), Plaintiff is entitled to seek recovery against HSBC, based on the unlawful actions of its agent, Defendant PRA, for which HSBC is vicariously liable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court grant Plaintiff the following relief against Defendants, jointly and severally:

37. $500 in statutory damages for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and/or § 227(c)(5)(B);

38. Injunctive relief pursuant to 47 U.S.C. § 227(b)(3)(A) and/or § 227(c)(5)(A);

39. $1,500 in statutory damages for each and every willful and knowing violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and/or § 227(c)(5)(B);

40. Any other relief to which the Plaintiff is entitled to recover; and

41. All other relief which the Court or jury deems equitable and just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial in the above captioned matter.

Dated this 30th day of April, 2014.

/s/ Matt Stephens
J. Matthew Stephens (ASB-3788-E66S)
Rodney E. Miller (ASB-0130-R73M)
Brandon S. Hays (ASB-3338-A51H)
Attorneys for Plaintiff

**OF COUNSEL:**

**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:   (205) 939-0199
Facsimile:    (205) 939-0399
E-mail:        mstephens@mmlaw.net
                 rem@mmlaw.net
                 bhays@mmlaw.net

**DEFEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AT:**

HSBC USA, Inc.
C/o registered agent, Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808.

Portfolio Recovery Associates, LLC
C/o registered agent, CSC Lawyers Incorporating Service, Inc.
150 S. Perry Street
Montgomery, Alabama, 36104.