**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 28, 2014

# NOTICE OF VOLUNTARY DISMISSAL

Re:     Jessie D. Shuford v. HSBC USA, Inc., et al
        Civil Action No. #2:14-cv-00322-MHT

Pursuant to the Notice of Voluntary Dismissal, Doc. #8,  filed by the Plaintiff on 5/28/2014,
Defendant HSBC USA, Inc. has been dismissed from this matter.