IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSIE D. SHUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv322-MHT |
| | ) | (WO) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

ORDER

As the stipulation of dismissal should have been filed in the United States District Court for the Southern District of California, it is ORDERED that the stipulation of dismissal (doc. no. 13) is dismissed without prejudice, with leave to refile should jurisdiction be returned to this court.

This case remains closed.

DONE, this the 4th day of February, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE